UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELIAS VENTURA ALVAREZ,

Petitioner,

-v-

KENNETH GENALO *et al.*,

Respondents.

26 Civ. 7698 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

Upon consideration of petitioner's petition for a writ of habeas corpus ("Petition") pursuant to 28 U.S.C. § 2241, Dkt. 1, IT IS HEREBY ORDERED that:

1. Respondents are ordered to file any opposition to the Petition by **Monday, September 14, 2026, at 5 p.m**. This filing should address, *inter alia*, whether the facts of this case are materially distinguishable from those in this Court's decision in *Mathieu v. Dep't of Homeland Sec.*, No. 26 Civ. 4630 (PAE), 2026 WL 1747084 (S.D.N.Y. June 17, 2026).
2. Petitioner shall file any reply by **Tuesday, September 15, 2026, at 5 p.m.**
3. Counsel may confer regarding the above deadlines and if all parties consent to extensions they may make the request to the Court by letter.

The Court is furnishing this Order to petitioner's counsel and respondents' counsel by email, and is separately emailing this Order to Jeffrey Oestericher, the Chief of the Civil Division at the United States Attorney's Office for the Southern District of New York to ensure respondents' prompt notice.

Dated: September 9, 2026
New York, New York

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge